UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

v.

KEVIN GRANT,
                    Defendant.
-------------------------------------------------x

**ORDER ACCEPTING**
**PLEA ALLOCUTION**

7:21-CR-682 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Andrew E. Krause, United States Magistrate Judge, dated January 4, 2021, is approved and accepted, and the defendant is adjudged guilty of the offense charged in the Information.

    The Clerk of Court is directed to enter the guilty plea.

SO-ORDERED:

Dated:  White Plains, New York
          January 19, 2022

                                              _____
                                              Philip M. Halpern
                                              United States District Judge