UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                                 :    **ORDER**
v.                                          :
                                                 :
KEVIN GRANT,                                :    7:21-CR-682 (PMH)
                Defendant.                :
-----------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

       Defendant's sentencing is scheduled for March 14, 2022 at 11:00 a.m. Any written submissions by Defendant shall be filed by February 28, 2022. The Government's response shall be filed by March 7, 2022.

SO-ORDERED:

Dated: White Plains, New York
       February 17, 2022

                                                      _____
                                                      Philip M. Halpern
                                                      United States District Judge