

**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601
___
(914) 385-6000
FAX (914) 385-6060
www.hwb-lawfirm.com

Michael K. Burke, Esq.
Direct Email: mburke@hwb-lawfirm.com

> Application granted. The Clerk of Court is respectfully requested to formally seal defendant's sentencing submission and exhibits containing sensitive information that should have been filed under seal (Doc. 48).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> May 4, 2022

**Via ECF**
Honorable Philip Halpern
United States District Court Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

                              Re:    United States v. Kevin Grant
                                         Docket No. 21-cr-682

Dear Judge Halpern:

    I respectfully request the Court's permission to re-file Defendant's Sentencing Memorandum with Exhibits under seal as the within submission contains minors' names that required redaction pursuant to Local Rule 21.7.

    Thank you.

                                                             Very truly yours,

                                                             *Michael K. Burke*
                                                             MICHAEL K. BURKE

MKB/ys

Cc:    Nicholas Bradley, Esq. - Asst. U.S. Attorney – VIA ECF